# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>     v.<br><br>Angel ANGULO Zambada,<br><br>                         Defendant. | Case No.:  **22-MJ-0067**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 12, 2022, within the Southern District of California, Angel ANGULO Zambada, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Vincenzo L. Zoni
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 13th of January 2022.

_____
HON ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

## **STATEMENT OF FACTS**

On January 12, 2022, at approximately 10:17 AM, Angel ANGULO Zambada, ("ANGULO"), a Mexican citizen border crosser, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #24. ANGULO was the driver and sole occupant, of a Chevrolet Beat ("the vehicle") bearing Mexico license plates.

A Customs and Border Protection Officer received two negative Customs declarations from ANGULO. ANGULO stated he was crossing the border to go to San Diego, California.

Further inspection of the vehicle resulted in the discovery of 50 packages concealed in the rear spare tire well of the vehicle, with a total approximate weight of 23.52 kgs (51.85 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

ANGULO was placed under arrest at approximately 11:04 AM.

During a post-Miranda interview, ANGULO denied knowledge that the narcotics were in the vehicle. ANGULO stated that he rented a vehicle from Tijuana, Baja California, Mexico and was going to San Diego to go shopping. ANGULO stated that a friend borrowed the rental vehicle the morning of his arrest.

1

ANGULO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.